**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LARRY LEE COLEMAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:22-CV-00125-JMB |
| | ) | |
| MICHELE BUCKNER, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Petitioner Larry Lee Coleman's motion to set aside the Court's judgment. (Docket No. 11). In the motion, petitioner argues that the Court's dismissal of his action contained "certain procedural irregularities." Specifically, he contends that his case should not have been dismissed without a hearing.

Having reviewed the motion, the Court will decline to set aside or alter its judgment. Petitioner has not pointed to any manifest errors of law or fact, or presented any newly discovered evidence in support of his motion. Instead, he merely insists that he has a right to a hearing. However, as explained in the Court's prior memorandum and order, the Court cannot entertain petitioner's successive 28 U.S.C. § 2254 petition without authorization from the United States Court of Appeals for the Eighth Circuit, which he has not obtained. Therefore, the motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to set aside the Court's judgment (Docket No. 11) is **DENIED**.

**IT IS FURTHER ORDERED** that the Court shall not issue a certificate of appealability.

Dated this 28th day of March, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE